IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RABIO DETHO, and ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. H-07-2160 |
| ASIA BILAL; SHEIKH MOHAMMED BILAL, TEXAS ONE PETROLEUM CORP. d/b/a RACEWAY # 6773; and GREEN SEA TRADING, INC., | § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's findings and conclusions entered on January 26, 2009 and the Memorandum and Opinion of February 26, 2009, the plaintiff, Rabia Detho, recovers from the defendants, Asia Bilal, Sheikh Mohammed Bilal, and Texas One Petroleum Cor., d/b/a Raceway #6773, as follows:

a. damages (including liquidated damages)     $ 15,096.00;

b. attorneys' fees     $ 36,795.00;

c. costs of court     $ 1,405.75; and

d. postjudgment interest on the above at the rate of 0.43% per annum until paid in full.

This court retains jurisdiction over any future attorneys' fees and costs incurred by plaintiff, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

SIGNED on February 26, 2009, at Houston, Texas.

                                         _____
                                                Lee H. Rosenthal
                                             United States District Judge

2

2